UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LEE McDIARMID, | ) | CASE NO. ED CV 13-506-FMO (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| MARION SPEARMAN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>October 25, 2013</u>.

/s/
_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd